

# IN THE
## TENTH COURT OF APPEALS

### No. 10-08-00124-CV

## IN THE MATTER OF THE MARRIAGE OF
## CLAUDE KEITH THOMAS AND PATRICIA ANN THOMAS,

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 52679CC**

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties that the appellant's brief was overdue in this cause and that the appeal may be dismissed if an appropriate response was not filed within twenty-one days.  No response has been received.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3.

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed November 19, 2008
[CV06]